UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

METROPOLITAN LIFE INSURANCE COMPANY,

      Plaintiff,      Case No. 2:14-cv-12151

v.      Hon. GEORGE CARAM STEEH
      Magistrate Judge Mona Majzoub

CHRISTINA DOZE, VALDEZ MCDANIEL,
VENESE SILAS, EXPRESS FUNERAL
FUNDING and FINANCIAL VISIONS,

      Defendants.
_____/

| | |
|---|---|
| David M. Davis (P24006) | Wright W. Blake (P37259) |
| John M. Boyda (P39268) | Attorney for Valdez McDaniel |
| Attorneys for Plaintiff MetLife | Suite 1650, Buhl Building |
| Hardy, Lewis & Page, P.C. | 535 Griswold |
| 401 South Old Woodward Ave., Suite 410 | Detroit, Michigan 48226 |
| Birmingham, Michigan 48009 | (313) 964-2080 |
| (248) 645-0800 | |

Delphia J. Burton (P-47688)
Attorney for Christina Doze and Venese Silas
547 E. Jefferson Avenue
Detroit, Michigan 48226
_____/

**STIPULATED ORDER SETTLING CASE
AND DISTRIBUTING INSURANCE PROCEEDS**

NOW COMES the Defendants CHRISTINA DOZE, VALDEZ MCDANIEL and VENESE SILAS by and through their respective undersigned counsel and stipulates to the disbursement of the funds currently situated in the Clerk's registry, on the grounds that all remaining interplead defendants agree to the disbursement, further saying as follows:

- The funds in the Court's registry are the proceeds of two life insurance policies with Metropolitan Life Insurance Company that were payable upon the death of Tanisha Silas, who died on or about November 14, 2012, and payable to Valdez McDaniel and alternatively, Christina Doze and Venese Silas.

- After numerous requests were made for payment of the insurance proceeds, Metropolitan Life Insurance Company filed this action for interpleader.

- Metropolitan Life Insurance Company has been previously dismissed by this Court upon depositing the insurance proceeds and indicating that it has no further interest in the allocation. Similarly, Defendants Express Funeral Funding and Financial Visions have been paid and subsequently dismissed from this matter.

- Metropolitan Life Insurance Company deposited $103.481.32 into this Court's interest bearing account.

- The remaining parties, Defendants Valdez McDaniel, Christina Doze and Venese Silas, have agreed to settle this matter, and it is hereby stipulated that all of the funds remaining in interpleader be distributed as follows:

(a). 60% (sixty percent) payable to Valdez McDaniel and Wright Blake, his attorney, 535 Griswold, Suite 1630, Detroit, Michigan, 48226;

(b). 40% (forty percent) payable to Venese Silas and Christina Doze and Delphia J. Burton and Associates, PC, their attorneys, 547 West Jefferson Avenue, Detroit, Michigan, 48226.

- These are the allocations requested and agreed to by all remaining parties. Your Defendants are uncertain as to the precise balance of the accumulated interest at the time that the disbursement is made. Accordingly the parties request a 60%/40% distribution of any accruing funds, as allocated in paragraph 5, at the time of the anticipated payments.

**NOW THEREORE,**

    **IT IS ORDERED** that the Clerk of this Court will issue a check payable to Valdez McDaniel and Wright Blake, in the amount of $62,088.79 plus 60% (sixty percent) of all accrued interest;

    **IT IS FURTHER ORDERED** that the Clerk of this Court will issue a check payable to Venese Silas, Christina Doze and Delphia J. Burton and Associates, PC, in the amount of $41,392.53 plus 40% (forty percent) of all accrued interest.

    **IT IS FURTHER ORDERED** that these funds be disbursed **FORTHWITH**.


Dated: April 29, 2015                                      s/George Caram Steeh
                                                                        United States District Judge